# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACQUELINE HOLCOMB,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:07-cv-1254-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS THE CASE (Doc. No. 11)**
>
> **FILED:**      **December 7, 2007**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

As the motion is uncontested and Plaintiff's consent has been obtained, it is **recommended** that the motion be **granted,** and the case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 10, 2007.

                                                      *David A. Baker*
                                                 DAVID A. BAKER
                                        UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy