UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACQUELINE HOLCOMB,

          Plaintiff,

-vs-                                      Case No. 6:07-cv-1254-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Motion to Dismiss the Case (Doc. No. 11) filed December 7, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 10, 2007 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dismiss the Case is **GRANTED**.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_2nd\_\_\_ day of January, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party